UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MCIVAN JONES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:12CV0064 AGF |
| CORNERSTONE NATIONAL INSURANCE COMPANY, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Following a conference call with counsel,

**IT IS HEREBY ORDERED** that Plaintiff's unopposed motion to continue the trial setting in this matter is **GRANTED**. (Doc. No. 49)

**IT IS FURTHER ORDERED** that the trial setting is vacated and the non-jury trial rescheduled for **Wednesday, June 11, 2014, at 9:00 a.m.**. In accordance with the Court's previously issued scheduling order, the parties' pretrial materials shall be filed or amended, as appropriate, not later than twenty days prior to trial. At the request of the parties the trial of this matter will be held at the Thomas F. Eagleton Federal Courthouse in Saint Louis, Missouri.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 4TH day of April, 2014.